# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00130-CR

**Matthew Freeman, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 391ST JUDICIAL DISTRICT
### NO. D-15-0520-SA, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on May 4, 2016. On counsel's motions, the deadline for filing was extended to October 10, 2016. Appellant's counsel has now filed a fifth motion, requesting that the Court extend the time for filing appellant's brief an additional 31 days. We grant the motion for extension of time and order appellant to file a brief no later than November 10, 2016. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 21st day of October, 2016.

Before Justices Puryear, Pemberton, and Field

Do Not Publish